**858 GRAY vs. BARTON ET AL., 62 M., 186-195.**

Bill filed to restrain collection of judgment and for a new trial. Bill dismissed and complainant appealed.

Held, that in case of an abuse of discretion, respecting the granting of a new trial, the determination of the trial judge may be reviewed by mandamus.

Decided July 1, 1886.